UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

NEIDA FERNANDEZ,

           Plaintiff,

-vs-                                            Case No.  5:07-cv-359-Oc-10GRJ

PILOT TRAVEL CENTERS, LLC,

           Defendant.
_____

**O R D E R**

The United States Magistrate Judge has issued a report (Doc. 10) that the Plaintiff's Motion for Remand (Doc. 9) be granted, but the request for attorney's fees asserted in the Motion for Remand be denied.  Neither party has filed objections to the Magistrate Judge's report and recommendation, and the time for filing objections has elapsed.  Accordingly, upon due consideration, it is ORDERED and ADJUDGED that:

      1.      The Magistrate Judge's Report and Recommendation (Doc. 10) is adopted, confirmed, and made a part hereof;

      2.      The Plaintiff's Motion for Remand (Doc. 9) is GRANTED, but Plaintiff's request for attorney's fees and costs is DENIED; and

      3.      This action is REMANDED to the Circuit Court of the Fifth Judicial Circuit, in and for Marion County, Florida.

      IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 14th day of November, 2007.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record